# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                      |   |                                  |
|----------------------|---|----------------------------------|
|                      | ) |                                  |
| DARRON K. LEE,       | ) |                                  |
|                      | ) |                                  |
| Petitioner,          | ) |                                  |
|                      | ) |                                  |
| v.                   | ) | Civil Action No. 11-1819 (BAH)   |
|                      | ) |                                  |
| ISAAC FULWOOD, JR.,  | ) |                                  |
|                      | ) |                                  |
| Respondent.          | ) |                                  |
|                      | ) |                                  |

## **MEMORANDUM**

By Order of March 1, 2012, Petitioner was directed to respond by April 2, 2012, to the Government's opposition to his petition for a writ of habeas corpus or risk summary dismissal of the petition, ECF No. 11. Since December 2011, all orders mailed to Petitioner at his address of record have been returned to the Clerk "as undeliverable," ECF Nos. 6, 10, 12. Petitioner appears to have abandoned his habeas petition. However, because he has not opposed the government's reasoned arguments against each claim raised in the petition, the Court will deny the petition for the documented reasons the Government has advanced. *See* Gov't's Opp'n to Pet'r's Pet. for a Writ of Habeas Corpus, ECF No. 9, at 5-12 & Exhibits. A separate final order accompanies this Memorandum.

/s/ *Beryl A. Howell*
UNITED STATES DISTRICT JUDGE

DATE: April 3, 2012